# EXHIBIT 3

## Claim Chart Showing Infringement of U.S. Patent No. 10,335,384

As outlined in the below claim chart, Wuffes has directly infringed and/or directly infringes, either literally or under the doctrine of equivalents, at least Claims 1, 3-7, and 9-11 (the "Asserted Claims") of the '384 Patent through its sale, offer for sale, making, importing, and/or use within the United States of its Wuffes Calming Chews ("the Accused Product"). Moreover, Wuffes has actively induced and/or actively induces its customers to use the Accused Product such that its customers have directly infringed and/or directly infringe at least the above asserted claims, and Wuffes further has contributed to and/or contributes to its customers' direct infringement of the asserted claims.

The following chart is based on information known to date. Nutramax reserves the right to amend and update this chart as additional information is obtained and analyzed.[1] Nutramax further reserves the right to issue expert reports explaining in detail Wuffes' infringement of the '384 Patent.

---

[1] This exemplary chart does not limit, and is not intended to limit, Nutramax's positions or contentions on claim construction, infringement, or validity. Nutramax reserves the right to rely on other claims and/or products to establish infringement. Furthermore, this chart should not be construed as providing any positions on claim construction, such as, for example, whether any preamble should be limiting or whether any claim element is subject to 35 U.S.C. Section 112(f).

1

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **1[pre].** An anxiolytic composition, comprising | To the extent the preamble is limiting, the Accused Product is "an anxiolytic composition."<br><br>For example, the product label for Wuffes Calming Chews claims that the formulation is "clinically tested" and "promotes relaxation."<br><br> |

2

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | The label also claims that the Wuffes Calming Chews are "[s]cientifically-formulated to promote a sense of relaxation and maintain calmness during environmentally-induced stress." <br><br> <br><br> Also, for example, Wuffes Calming Chews have been advertised on the Wuffes website as having anxiolytic properties: |

3

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| |  |

4

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **1[a].** a combination of L-theanine, a whey protein, an extract of *magnolia*, and an extract of *phellodendron* provided in amounts synergistically effective to modulate one or more neurotransmitters. | The Accused Product comprises "a combination of L-theanine, a whey protein, an extract of *magnolia*, and an extract of *phellodendron* provided in amounts synergistically effective to modulate one or more neurotransmitters."<br><br>According to statements from the Wuffes website and product label, each 3g chew of the Wuffes Calming Chews contains 75 mg of Relora® (blend of Magnolia officinalis and Phellodendron amurense), 35 mg of L-Theanine, and an amount of dried whey sufficient "to provide dogs with a highly digestible source of protein.". |

5

| WUFFES CALMING CHEWS | CLAIM |
|---|---|
|  | |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | 35 mg<br>35 mg<br>...rin, Coconut Oil, Dried Whey, Honey, Mi...<br>Lecithin, Tapioca Starch, Wild Alaskan<br>...ct administration and consult your<br>...as not been proven.<br>...aintain calmness during<br><br>**ACTIVE INGREDIENTS PER CHEW, (3g)**<br><br>Relora® – 75mg<br>L-Theanine – 35mg<br>L-Tryptophan – 35mg<br>Chamomile Extract – 50mg<br><br>**INACTIVE INGREDIENTS** —<br><br>Apple Cider Vinegar, Brewers Dried Yeast, Coconut Glycerin, Coconut Oil, Dried Whey, Honey, Mixed Tocopherols, Molasses, Pork Spray Dried Liver, Rosemary Extract, Tapioca Starch, Pollock Oil, Sunflower Lecithin. |

7

| Claim | Wuffes Calming Chews |
|---|---|
|  | **Dried Whey** — <br><br>Ingredient type<br>⊘ Inactive<br><br>Why We Use It?<br>Dried whey is included in our supplement base to provide dogs with a highly digestible source of protein. It also contributes to the palatability and texture of our supplements.<br><br>Featured In<br><br>Advanced Hip & Joint Support   Multivitamin Chews<br><br>While the Ingredient Glossary image above does not identify the Calming Chews under its description of dried whey, other parts of the Wuffes website have stated that dried whey is used in the Accused Products, and the physical product label indicates that dried whey is an ingredient. Dried whey has also been listed as an inactive ingredient on the Wuffes Amazon listing for the Accused Product.<br><br>On information and belief, the amounts of L-Theanine, Relora® (a blend of extracts of *magnolia* and *phellodendron*), and whey protein provided in the Wuffes Calming Chews are synergistically effective to modulate one or more neurotransmitters and reduce or ameliorate symptoms of anxiety.<br><br>For example, Wuffes has equated the formulation in the Wuffes Calming Chews to the formulation in Nutramax's Solliquin® products, relying on a 2017 study involving Solliquin® to claim that the Wuffes Calming Chews effectively reduce anxiety. |

8

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | **The Research**<br><br>🔗 Significantly reduces cortisol levels in both dogs and humans, helping to downregulate the HPA axis and reduce stress (Talbott et al., 2013; Landsberg et al., 2017).<br><br>🔗 Improves mood scores by reducing tension, confusion, and fatigue, while increasing vigor and calmness (Talbott et al., 2013).<br><br>🔗 Demonstrated behavioral improvements within days of supplementation in dogs with thunderstorm anxiety (Landsberg et al., 2017 – Solliquin Study).<br><br>🔗 Reduces hyperactivity and anxiety-like behavior in response to noise stress (Landsberg et al., 2017).<br><br>Wuffes' reliance on the "Landsberg et al., 2017 – Solliquin Study" for showing the effectiveness of Wuffes Calming Chews is tantamount to a statement by Wuffes that the formulation of its Wuffes Calming Chews is at a minimum functionally to or the same as the formulation of Nutramax's Solliquin® product, including the amounts and ratios of L-Theanine, extracts of *magnolia* and *phellodendron*, and whey protein that are proven to be synergistically effective in modulating at least one neurotransmitter.<br><br>Solliquin® is a product manufactured and distributed by Plaintiffs that contains 75 mg of extracts of *Magnolia officinalis and Phellodendron amurense*, 35 mg of L-Theanine, and 25 mg of Dried Whey Protein Concentrate (for dogs or cats weighing less than 30 pounds). By relying on this Solliquin® study, Wuffes acknowledges that the Wuffes Calming Chews have a comparable formulation and effect as the Solliquin® used in Landsberg 2017, including with respect to the whey protein. The formulation for Nutramax's Solliquin® product has been extensively studied, and these studies show L-Theanine, extracts of *magnolia* and *phellodendron*, and whey protein are present in the Solliquin® formulation in amounts synergistically effective to modulate one or more neurotransmitters. *See, e.g.*, Landsberg et al., The Effects of a Nutritional Supplement (Solliquin) in Reducing Fear and Anxiety in a Laboratory Model of Thunder-induced Fear and Anxiety, PROCEEDINGS OF THE 11TH INTERNATIONAL VETERINARY BEHAVIOR MEETING (2017); DePorter et al., Case Report Series of Clinical Effectiveness and Safety of Solliquin® for Behavioral Support in Dogs and Cats, VETERINARY BEHAVIOR SYMPOSIUM (2016); Ex. 1 |

9

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | at 8:61-11:2, 11:4-13:21. A certain level of synergistic effectiveness is true even for formulations that do not include the same amount or ratio of whey protein. Ex. 1 at 8:61-11:2, 11:4-13:21.<br><br>Thus, based on Wuffes' own assertion that the formulation for the Wuffes Calming Chews is comparable or functionally the same as the formulation of Solliquin®, the formulation for the Wuffes Calming Chews must include "a combination of L-theanine, a whey protein, an extract of *magnolia*, and an extract of *phellodendron* provided in amounts synergistically effective to modulate one or more neurotransmitters"—just like the Solliquin® formulation.<br><br>In addition to Wuffes equating its formulation to that of Solliquin®, Wuffes has also made repeated assertions that the ingredients in its Wuffes Calming Chews are provided in amounts synergistically effective to modulate one or more neurotransmitters.<br><br>For example, Wuffes has advertised that the ingredients in its Calming Chew formulation are present in synergistically effective amounts by asserting that "[t]he ingredients in our Calming Chews have been scrutinized in thousands of studies, and are meticulously selected for their ***combined effect*** to reduce stress and promote calm." |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | <br><br>Wuffes claims on its product label that the formulation used in the Wuffes Calming Chews is "clinically tested" and "promotes relaxation." Wuffes further alleges that its Wuffes Calming Chews are ""[s]cientifically-formulated to promote a sense of relaxation and maintain calmness during environmentally-induced stress."<br><br>A POSITA would have understood that the advertised calming effect that allegedly comes with administering the formulation of the Wuffes Calming Chews is due at least in part to the fact that the "combined effect" of the ingredients "[b]oosts natural calming neurotransmitters, including serotonin and GABA." |

11

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | **How can I benefit my dog?**     —<br><br>Our expertly formulated chews contain four clinically proven ingredients to help your pup feel more relaxed and balanced – without the strong sedatives. Whether it's thunder, travel, new environments, new people or spending time alone, it's about time they felt less nervous, stressed and out of it. Benefits include:<br><br>• Easing signs of anxiety and nervousness<br>• Supporting calmer behavior in stressful situations, like car rides or visits to the vet.<br>• Helps regulate the stress hormone, cortisol<br>• Promotes a healthy, more stable stress response<br>• Supports mood balancing brain chemicals<br>• Boosts natural calming neurotransmitters, including serotonin and GABA<br>• Promotes emotional stability without sedation<br>• Keep your dog relaxed, but still alert, playful and full of personality<br><br>The "Talbott et. al. 2013" study cited on Wuffes website also states "[t]he combination of magnolia plus phellodendron appears to be even more effective in controlling stress/anxiety compared to either herb used separately.").<br><br>Indeed, Wuffes has advertised that the Wuffes Calming Chews are "[f]ormulated with active ingredients at ***meaningful doses***." |

12

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| |  These statements by Wuffes, taken individually and/or together, constitute an acknowledgement by Wuffes that the amounts and ratios of L-Theanine, extracts of *magnolia* and *phellodendron*, and whey protein in the Wuffes Calming Chews are present in amounts synergistically effective to modulate at least one neurotransmitter (e.g. serotonin and GABA) and reduce symptoms of anxiety, such as stress. |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **3[pre].** The anxiolytic composition of claim 1, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 1" for the reasons set forth above with respect to Claim 1 and incorporated by reference herein. |
| **3[a].** wherein the combination provides an anxiolytic change in a release pattern of one or more neurotransmitters. | On information and belief, the combination of L-theanine, a whey protein, an extract of *magnolia*, and an extract of *phellodendron* in Wuffes Calming Chews "provides an anxiolytic change in a release pattern of one or more neurotransmitters."<br><br>For example, Wuffes has asserted that the Wuffes Calming Chews work, at least in part, by "boost[ing] natural calming neurotransmitters, including serotonin and GABA."<br><br>How can I benefit my dog?<br><br>Our expertly formulated chews contain four clinically proven ingredients to help your pup feel more relaxed and balanced – without the strong sedatives. Whether it's thunder, travel, new environments, new people or spending time alone, it's about time they felt less nervous, stressed and out of it. Benefits include:<br><br>• Easing signs of anxiety and nervousness<br>• Supporting calmer behavior in stressful situations, like car rides or visits to the vet.<br>• Helps regulate the stress hormone, cortisol<br>• Promotes a healthy, more stable stress response<br>• Supports mood balancing brain chemicals<br>• Boosts natural calming neurotransmitters, including serotonin and GABA<br>• Promotes emotional stability without sedation<br>• Keep your dog relaxed, but still alert, playful and full of personality<br><br>On information and belief, a POSITA would have understood that a boost in "natural calming neurotransmitters," such as serotonin and GABA, constitutes an anxiolytic change in a release pattern. For example, Wuffes has cited multiple studies that show the effect of the ingredients of the Wuffes Calming Chews on neurotransmitters and how that effect manifests in ameliorating anxiety. |

14

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | **The Research** —<br><br>🔗 Significantly reduces cortisol levels in both dogs and humans, helping to downregulate the HPA axis and reduce stress (Talbott et al., 2013; Landsberg et al., 2017).<br><br>🔗 Improves mood scores by reducing tension, confusion, and fatigue, while increasing vigor and calmness (Talbott et al., 2013).<br><br>🔗 Demonstrated behavioral improvements within days of supplementation in dogs with thunderstorm anxiety (Landsberg et al., 2017 – Solliquin Study).<br><br>🔗 Reduces hyperactivity and anxiety-like behavior in response to noise stress (Landsberg et al., 2017). |

15

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **4[pre].** The anxiolytic composition of claim 3, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 3" for the reasons set forth above with respect to Claim 3 and incorporated by reference herein. |
| **4[a].** wherein the neurotransmitters are brain neurotransmitters selected from the group consisting of γ-aminobutyric acid (GABA) and serotonin. | On information and belief, the neurotransmitters are brain neurotransmitters selected from the group consisting of γ-aminobutyric acid (GABA) and serotonin.<br><br>For example, Wuffes has asserted that the Wuffes Calming Chews work, at least in part, by "boost[ing] natural calming neurotransmitters, including serotonin and GABA."<br><br>How can I benefit my dog?     —<br><br>Our expertly formulated chews contain four clinically proven ingredients to help your pup feel more relaxed and balanced – without the strong sedatives. Whether it's thunder, travel, new environments, new people or spending time alone, it's about time they felt less nervous, stressed and out of it. Benefits include:<br><br>• Easing signs of anxiety and nervousness<br>• Supporting calmer behavior in stressful situations, like car rides or visits to the vet.<br>• Helps regulate the stress hormone, cortisol<br>• Promotes a healthy, more stable stress response<br>• Supports mood balancing brain chemicals<br>• Boosts natural calming neurotransmitters, including serotonin and GABA<br>• Promotes emotional stability without sedation<br>• Keep your dog relaxed, but still alert, playful and full of personality |

16

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **5[pre].** The anxiolytic composition of claim 1, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 1" for the reasons set forth above with respect to Claim 1 and incorporated by reference herein. |
| **5[a].** formulated for oral administration to a mammal. | The Wuffes Calming Chews are "formulated for oral administration to a mammal."<br><br>For example, the product label directs pet owners to administer the chews to their dogs, which are mammals. |

17

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | It is also evident that the chews are meant to be orally administered because, for example, Wuffes has advertised the "great taste" of the chews and the "pork liver flavor." |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | **89%** would recommend these products<br><br>Great taste<br><br>Won't eat       My dog loves them<br><br> |

19

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **6[pre].** The anxiolytic composition of claim 5, | To the extent the preamble is limiting, the Accused Product is "the anxiolytic composition of claim 5" for the reasons set forth above with respect to Claim 5 and incorporated by reference herein. |
| **6[a].** wherein the mammal is selected from the group consisting of a human, a companion animal, and an equine animal. | The Wuffes Calming Chews are formulated for oral administration to a mammal, "wherein the mammal is selected from the group consisting of a human, a companion animal, and an equine animal." <br><br> For example, the Wuffes Calming Chews are sold as supplements for dogs, which are companion animals. |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| |  |

21

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  |  |

22

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **7[pre].** A method for reducing, ameliorating, or treating symptoms of anxiety, | To the extent the preamble is limiting, Wuffes practices, induces others to practice, and/or contributes to others "reducing, ameliorating, or treating symptoms of anxiety."<br><br>For example, Wuffes has specifically marketed the Wuffes Calming Chews as a way to reduce, ameliorate, or treat symptoms of anxiety.<br><br>**Calming Chews**<br><br>180g / 6.35oz / 60 chews<br><br>Our expertly formulated Calming Chews contain four clinically proven ingredients to support your pup's everyday stress and occasional anxiety – without the strong sedatives. A chilled mood for them, peace of mind for you.<br><br>The key to their calm? Relora®. A stress-regulating powerhouse that's clinically proven to help support the cortisol response*, improve mood** and promote calm behaviour***. Every hero ingredient needs a sidekick – or three. Enter: green tea-derivative, L-Theanine, to promote calmness, L-Tryptophan, to balance their emotions and Chamomile – the soothing plant-based extract that works for us – that works just as well for our pups.<br><br>⭐⭐⭐⭐⯪ 44 Reviews<br><br>🟢 Promotes relaxation    🟢 Reduces hyperactivity    🟢 Regulates cortisol |

23

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | <br><br>On information and belief, Wuffes also administers the Wuffes Calming Chews through its Wuffes "Veterinary Advisory Board." |

24

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| | **Scientifically Formulated**<br><br>All of our products are scientifically formulated in collaboration with our Veterinary Advisory Board, so your pup can benefit from the best ingredients in the industry. |
| **7[a].** comprising administration to a mammal of a combination of L-theanine, a whey protein, an extract of *magnolia*, and an extract of *phellodendron* in amounts synergistically effective to modulate one or more neurotransmitters. | Wuffes administers, induces others to administer, and/or contributes to others' administering "to a mammal of a combination of L-theanine, a whey protein, an extract of *magnolia*, and an extract of *phellodendron* in amounts synergistically effective to modulate one or more neurotransmitters."<br><br>As set forth above with respect to Claim 1 and incorporated by reference here, the Wuffes Calming Chews contain a combination of L-theanine, a whey protein, an extract of *magnolia*, and an extract of *phellodendron* in amounts synergistically effective to modulate one or more neurotransmitters.<br><br>Wuffes administers, induces others to administer, and/or contributes to others' administering the Wuffes Calming Chews to dogs, which are mammals.<br><br>For example, Wuffes induces veterinarians and customers to administer the Wuffes Calming Chews to dogs in a daily dosage dependent on their |

25

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | weight.  On information and belief, Wuffes also administers the Wuffes Calming Chews to dogs through its Wuffes "Veterinary Advisory Board." |

26

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | **Scientifically Formulated**<br><br>All of our products are scientifically formulated in collaboration with our Veterinary Advisory Board, so your pup can benefit from the best ingredients in the industry. |

27

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **9[pre].** The method of claim 7, | To the extent the preamble is limiting, Wuffes practices, induces others to practice and/or contributes to others' practice of "the method of claim 7" for the reasons set forth above with respect to Claim 7 and incorporated by reference herein. |
| **9[a].** including orally administering the combination in an amount sufficient to provide an anxiolytic change in a release pattern of the one or more neurotransmitters. | Wuffes practices, induces others to and/or contributes to others "orally administering the combination" for the reasons set forth above with respect to Claim 7 and incorporated by reference herein.<br><br>Wuffes administers, induces others to administer, and/or contributes to others administering the claimed ingredients "in an amount sufficient to provide an anxiolytic change in a release pattern of the one or more neurotransmitters" for the reasons set forth above with respect to Claims 1 and 3 and incorporated by reference herein. |

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **10[pre].** The method of claim 9, | To the extent the preamble is limiting, Wuffes practices, induces others to practice, and/or contributes to others practicing "the method of claim 9" for the reasons set forth above with respect to Claim 9 and incorporated by reference herein. |
| **10[a].** wherein the neurotransmitters are brain neurotransmitters selected from the group consisting of γ-aminobutyric acid (GABA) and serotonin. | When Wuffes practices, induces others to practice and/or contributes to others' practice of the method of Claim 9, the "the neurotransmitters are brain neurotransmitters selected from the group consisting of γ-aminobutyric acid (GABA) and serotonin" for the reasons set forth above with respect to Claim 4 and incorporated by reference herein. |

29

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
| **11[pre].** The method of claim 7, | To the extent the preamble is limiting, Wuffes practices, induces others to practice and/or contributes to others' practice of "the method of claim 7" for the reasons set forth above with respect to Claim 7 and incorporated by reference herein. |
| **11[a].** wherein the mammal is a canine or feline. | Wuffes practices, induces others to practice and/or contributes to others' practice of 11[a] because, as shown below, its Calming Chews are for dogs, which are canines. |



31

| CLAIM | WUFFES CALMING CHEWS |
|---|---|
|  | **Scientifically Formulated**<br><br>All of our products are scientifically formulated in collaboration with our Veterinary Advisory Board, so your pup can benefit from the best ingredients in the industry. |