UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NUTRAMAX LABORATORIES,
INC., et al.

        Plaintiffs,

    v.

ROWLO, LLC, et al.

        Defendants.

CIVIL ACTION NO.
1:26-CV-01736-JPB

## **ORDER**

This matter comes before the Court on the parties' Joint Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) [Doc. 13].

Having considered the Motion, the record in this action, and the agreement of the parties, the Court finds that transfer of this action to the United States District Court for the Southern District of Florida is appropriate pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses and in the interest of justice. The Court further notes that a related action is presently pending in the Southern District of Florida, styled Nutramax Labs, Inc., et al. v. SynergyLabs, LLC, No. 0:26-cv-60930 (S.D. Fla.), filed April 2, 2026. Transfer of

this action will promote judicial economy, avoid the risk of inconsistent rulings, and facilitate the efficient resolution of overlapping issues.

Accordingly, the Joint Motion [Doc. 13], is hereby **GRANTED**.  The Clerk is **DIRECTED** to transfer this case to the United States District Court for the Southern District of Florida.

**SO ORDERED** this 9th day of June, 2026.

_____
J. P. BOULEE
United States District Judge