UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61657-CIV

NUTRAMAX LABORATORIES, INC., *et al.*,

     Plaintiffs,

v.

ROWLO, LLC, ROWLO CAPITAL US, INC.,
AND ROWLO, LLC.,

     Defendants.

_____/

**ORDER OF TRANSFER**

     **THIS MATTER** is before the Court following a *sua sponte* review of the record.

     **GOOD CAUSE** appearing pursuant to Internal Operating Procedure 2.15.00, due to

this case being related to *Nutramax Labs, Inc., et al. v. SynergyLabs, LLC,* No. 0:26-cv-60930-

MD, filed April 2, 2026 and subject to consent given below, it is:

     **ORDERED** that the above-styled cause be and the same is hereby **TRANSFERRED**

to the Honorable Melissa Damian for all further proceedings.

     **DONE and ORDERED** in Chambers at Fort Lauderdale, Florida, this 16th day of

June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

After reviewing the file in the above-numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **26-cv-61657-MD**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 16th day of June, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

Cc:   Counsel of Record